| AO 10 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics* |
|---|---|---|
| Rev. 1/2012 | **NOMINATION FILING** | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jill A. | Court of Appeals-Eleventh Circuit | 01/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Court of Appeals Judge (Active) | ✓ Nomination   Date 01/03/2013<br>☐ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/21/2012 |

**7. Chambers or Office Address**

1201 West Peachtree Street, NW
Suite 3900
Atlanta, GA 30309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Jill A. Pryor, PC (Jill A. Pryor, PC is a partner in Bondurant Mixson & Elmore, LLP) |
| 2. | Member | Sussex Properties, LLC (VII lines 3 & 11) |
| 3. | President, Director | Zephyr Land Corporation (VII line 16) |
| 4. | Member | Silver City Land Co., LLC (VII lines 17-35) |
| 5. | Trustee | Trust #1 (VII line 15) |
| 6. | Member, Board of Directors | Georgia Legal Services Program, Inc. |
| 7. | Member | 1088 Country Lane, LLC |
| 8. | Member | 1933 Kilburn Drive, LLC |
| 9. | Member | 6616 Midnight Pass Road, LLC |
| 10. | Member | Top Mall USA, LLC |
| 11. | Member | The Look You Love, LLC |
| 12. | Chair Elect | American Institute of Appellate Practice, Litigation Counsel of America |

**FINANCIAL DISCLOSURE REPORT**

Page 2 of 13

Name of Person Reporting

Pryor, Jill A.

Date of Report

01/03/2013

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Bondurant Mixson & Elmore, LLP via Jill A. Pryor, PC - wages and distributions | $269,730.90 |
| 2. | 2011 | Bondurant Mixson & Elmore, LLP via Jill A. Pryor, PC - wages and distributions | $605,779.00 |
| 3. | 2011 | LexisNexis Publishing - compensation for writing book chapter | $2,500.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Bondurant Mixson & Elmore, LLP via Edward B. Krugman, PC - wages and distributions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar | Mortgage on rental property #2 (VII line 2) | M |
| 2. | Morgan Stanley | Line of credit secured by investment accounts; used to pay off mortgage on rental property #3(VII line 3) | O |
| 3. | Wells Fargo | Mortgage on rental property #4 (VII line 4) | N |
| 4. | Bank of America | Mortgage on rental property #5 (VII line 5) | M |
| 5. | SunTrust | Line of credit secured by rental property #5 | None |
| 6. | SunTrust | Partner's share of Bondurant Mixson & Elmore, LLP's line of credit (7.09%) | None |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental property #1, Atlanta, Fulton County, Georgia | D | Rent | M | W | Exempt | | | | |
| 2. Rental property #2, Atlanta, Fulton County, Georgia | E | Rent | N | W | Exempt | | | | |
| 3. Rental property #3, Atlanta, Fulton County, Georgia | G | Rent | O | W | Exempt | | | | |
| 4. Rental property #4, Sarasota, Sarasota County, Florida | D | Rent | N | W | Exempt | | | | |
| 5. Rental property #5, Sarasota, Sarasota County, Florida | E | Rent | N | W | Exempt | | | | |
| 6. Vacation home #2, Sarasota, Sarasota County, Florida | D | Rent | N | W | Exempt | | | | |
| 7. First Citizens bank accounts | A | Interest | L | T | Exempt | | | | |
| 8. SunTrust bank accounts | A | Interest | L | T | Exempt | | | | |
| 9. Bank of America bank accounts | A | Interest | J | T | Exempt | | | | |
| 10. Wells Fargo bank account | A | Interest | J | T | Exempt | | | | |
| 11. Wells Fargo bank account (Sussex Properties, LLC) | A | Interest | J | T | Exempt | | | | |
| 12. Associated Credit Union account | A | Dividend | J | T | Exempt | | | | |
| 13. Citibank cash accounts | A | Interest | N | T | Exempt | | | | |
| 14. Atlantic Capital bank account | A | Interest | J | T | Exempt | | | | |
| 15. Trust #1 -AXA Equitable Whole Life insurance policy | A | None | L | T | Exempt | | | | |
| 16. Undeveloped residential lot #1, Eleuthera, Bahamas | | None | N | W | Exempt | | | | |
| 17. Undeveloped residential lot #2, Taos County, New Mexico (X) | | None | J | W | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Undeveloped residential lot #3, Elko County, Nevada | | None | J | W | Exempt | | | | |
| 19. Undeveloped lot #4, Lyons County, Nevada | | None | J | W | Exempt | | | | |
| 20. Undeveloped lot #5, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 21. Undeveloped lot #6, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 22. Undeveloped lot #7, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 23. Undeveloped lot #8, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 24. Undeveloped lot #9, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 25. Undeveloped lot #10, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 26. Undeveloped lot #11, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 27. Undeveloped lot #12, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 28. Undeveloped lot #13, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 29. Undeveloped lot #14, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 30. Undeveloped lot #15, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 31. Undeveloped lot #16 Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 32. Undeveloped lot #17, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 33. Undeveloped lot #18, Humboldt County, Nevada | | None | J | W | Exempt | | | | |
| 34. Undeveloped lot #19, Humboldt County, Nevada | | None | J | W | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Undeveloped residential lot #20, Elko County, Nevada | | None | J | W | Exempt | | | | |
| 36. IBM Corp. stock | B | Dividend | L | T | Exempt | | | | |
| 37. Intel Corp. stock | A | Dividend | K | T | Exempt | | | | |
| 38. Microsoft Corp. stock | B | Dividend | K | T | Exempt | | | | |
| 39. Coca-Cola Co. stock | A | Dividend | J | T | Exempt | | | | |
| 40. Xerox Corp. stock | A | Dividend | J | T | Exempt | | | | |
| 41. Berkshire Hathaway Cl-B stock (X) | | None | L | T | Exempt | | | | |
| 42. Cisco Systems stock (X) | A | Dividend | K | T | Exempt | | | | |
| 43. WisdomTree Trust Emerging Markets EQT (X) | B | Dividend | K | T | Exempt | | | | |
| 44. Google inc Cl-A stock (X) | | None | K | T | Exempt | | | | |
| 45. Telefonica SA ADR (X) | A | Dividend | J | T | Exempt | | | | |
| 46. American Funds AMCAP Fund | B | Dividend | N | T | Exempt | | | | |
| 47. American International Group stock (X) | | None | K | T | Exempt | | | | |
| 48. BlackRock Equity Dividend Fund I | D | Dividend | M | T | Exempt | | | | |
| 49. Credit Suisse Commodity Return Strategy Fund - A | | None | L | T | Exempt | | | | |
| 50. Dodge & Cox Income Fund | C | Dividend | M | T | Exempt | | | | |
| 51. Dodge & Cox International Stock Fund | | None | L | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FPA Crescent Fund - I (X) | | None | M | T | Exempt | | | | |
| 53. Federated International Strategic Value Dividend Fund - I | C | Dividend | M | T | Exempt | | | | |
| 54. Fidelity High Income Fund | D | Dividend | M | T | Exempt | | | | |
| 55. First Eagle Global Fund - I | C | Dividend | N | T | Exempt | | | | |
| 56. Harbor Capital Appreciation Fund | A | Dividend | J | T | Exempt | | | | |
| 57. Henderson European Focus Fund - I (X) | | None | L | T | Exempt | | | | |
| 58. Buffalo Small Cap Fund (X) | | None | L | T | Exempt | | | | |
| 59. Janus Overseas Fund - I | B | Dividend | K | T | Exempt | | | | |
| 60. Lazard Emerging Markets Open Fund | | None | M | T | Exempt | | | | |
| 61. Mainstay Epoch Global Equity Yield Fund - A | C | Dividend | M | T | Exempt | | | | |
| 62. MFS Value Fund - R3 | D | Dividend | N | T | Exempt | | | | |
| 63. Northern Small Cap Value (X) | | None | L | T | Exempt | | | | |
| 64. PIA Short Term Securities Fund | A | Dividend | J | T | Exempt | | | | |
| 65. PIMCO Total Return Fund - P | B | Dividend | L | T | Exempt | | | | |
| 66. T. Rowe Price Capital Appreciation Fund | C | Dividend | M | T | Exempt | | | | |
| 67. TCW Emerging Markets Income Fund - N | C | Dividend | M | T | Exempt | | | | |
| 68. TCW Total Return Bond Fund - N | D | Dividend | N | T | Exempt | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Templeton Global Bond Fund - A | D | Dividend | M | T | Exempt | | | | |
| 70. Templeton Global Bond Fund - Adv | D | Dividend | M | T | Exempt | | | | |
| 71. Tweedy Browne Global Value Fund | | None | J | T | Exempt | | | | |
| 72. Vanguard Intermediate Term Tax-Exampt Fund - Inv | C | Dividend | L | T | Exempt | | | | |
| 73. Vanguard Limited Term Tax-Exampt Fund | C | Dividend | M | T | Exempt | | | | |
| 74. Vanguard Mid Cap ETF | A | Dividend | L | T | Exempt | | | | |
| 75. Vanguard Small Cap ETC | A | Dividend | K | T | Exempt | | | | |
| 76. Wells Fargo Advantage Ultra S/T Muni Income Fund - Inv | A | Dividend | M | T | Exempt | | | | |
| 77. Wells Fargo Emerging Markets Equity - Adm (X) | A | Dividend | M | T | Exempt | | | | |
| 78. Wells Fargo Stable Value Fund - C | | None | L | T | Exempt | | | | |
| 79. AXA Equitable Multi-Manager Core Bond Annuity | | None | L | T | Exempt | | | | |
| 80. EQ/International Core Plus Annuity | | None | K | T | Exempt | | | | |
| 81. EQ/Montag Caldwell Growth Annuity | | None | K | T | Exempt | | | | |
| 82. EQ/GAMCO Small Company Value Annuity | | None | J | T | Exempt | | | | |
| 83. EQ/Van Kampen Common Stock Annuity | | None | K | T | Exempt | | | | |
| 84. EQ/Morgan Stanley Mid Cap Growth Annuity | | None | J | T | Exempt | | | | |
| 85. Excelerate Discovery, LLC | | None | K | U | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TrustPoint International, LLC | | None | K | U | Exempt | | | | |
| 87. River's Edge Landing, LLC | | None | M | U | Exempt | | | | |
| 88. Ledbetter Lake Investors, LLC | | None | N | U | Exempt | | | | |
| 89. Dasher;s Bay at Effingham, LLC | | None | L | U | Exempt | | | | |
| 90. Fidelity Advisor 529 Portfolio 2013 | | None | M | T | Exempt | | | | |
| 91. Fidelity Advisor 529 Portfolio 2025 | | None | M | T | Exempt | | | | |
| 92. MS HP Millenium USA II LP ID | | None | M | T | Exempt | | | | |
| 93. HPC Starboard Value LTD CL D (X) | | None | M | T | Exempt | | | | |
| 94. MS HP OZ DP II Fund LP ID | | None | M | T | Exempt | | | | |
| 95. SkyBridge Multi-Advisor Hedge Fund Portfolio Series G | C | Dividend | M | T | Exempt | | | | |
| 96. Calamos Growth & Income Fund - I (Y) | | | | | | | | | |
| 97. Dreyfus Liquid Assets, Inc.(Y) | | | | | | | | | |
| 98. Fidelity Advisor Floating High Rate Income Fund - A (Y) | | | | | | | | | |
| 99. iShares S&P Golbal Energy Sector (ETF) (Y) | | | | | | | | | |
| 100. IVA Worldwide Fund - I (Y) | | | | | | | | | |
| 101. JP Morgan Strategic Income Opportunities Select Fund (Y) | | | | | | | | | |
| 102. Merger Fund (Y) | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes
(See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 11 of 13

**Name of Person Reporting**

Pryor, Jill A.

**Date of Report**

01/03/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Neuberger Berman Equity Income Trust - I (Y) | | | | | | | | | |
| 104. Prudential Jennison Natural Resources Fund - Z (Y) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 2 - This entity owns a residential apartment building described in Part VII, line 3 and the bank account descibed in Part VII, line 11.

Part I, line 3 - This entity owns the undeveloped residential lot described in Part VII, line 16.

Part I, line 4 - This entity owns the undeveloped lots described in Part Vii, lines 17-35.

Part I, lines 7-9 - These entities were set up to own individual rental properties, but the properties have not been transferred to them. They have no assets.

Part I, lines 10-11- These entities have no assets.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jill A. Pryor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

———

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 620 | 614 | Notes payable to banks-secured | | 575 | 284 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 4 | 920 | 230 | Notes payable to relatives | | | |
| Unlisted securities -- see schedule | 1 | 773 | 025 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -- see schedule | 1 | 989 | 955 |
| Real estate owned -- see schedule | 5 | 160 | 235 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 468 | 000 | | | | |
| Cash value-life insurance | | 97 | 817 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 2 | 565 | 239 |
| | | | | Net Worth | 10 | 474 | 682 |
| Total Assets | 13 | 039 | 921 | Total liabilities and net worth | 13 | 039 | 921 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |